United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 7, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-10697
c/w 05-10733
Summary Calendar

_____

TERESA AGUILAR,

Plaintiff-Appellant,

versus

DAWSON INDEPENDENT SCHOOL DISTRICT,

Defendant-Appellee.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TERESA AGUILAR,

Plaintiff-Appellee,

versus

DAWSON INDEPENDENT SCHOOL DISTRICT,

Defendant-Appellant.

--------------------
Appeals from the United States District Court
for the Northern District of Texas
USDC No. 5:04-CV-128
--------------------

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

On the evidence before the district court in ruling on the

defendant's motion for summary judgment, the district court was

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

correct in granting the motion for the reasons stated by the defendant in its brief in support of its motion for summary judgment.  The judgment is therefore AFFIRMED.

AFFIRMED.